United States District Court
Northern District of New York

| | |
|---|---|
| APRIL BREWER,<br>     *Plaintiff,*<br><br>v.<br><br>FRANK BISIGNANO,<br>  Commissioner of Social Security,<br>     *Defendant.* | Case No. 5:25-cv-00124-GTS-DJS<br><br><br>Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings, to include the opportunity for a hearing and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, Plaintiff will be offered the opportunity for a hearing. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: September 11, 2025

Respectfully Submitted,

| | |
|---|---|
| JOHN A. SARCONE, III,<br>Acting United States Attorney<br>Northern District of New York<br><br>*Attorney for Defendant*<br><br>By: */s/ Candace Brown Casey*<br>     Candace Brown Casey<br>     Special Assistant United States Attorney<br>     Program Litigation 2<br>     Social Security Administration<br>     Law & Policy<br>     Attn: Program Litigation 2<br>     6401 Security Boulevard<br>     Baltimore, MD 21235<br>     (212) 264-2438<br>     candace.m.brown.casey@ssa.gov | ELIZABETH HAUNGS, ESQ.<br>Hiller Comerford Injury & Disability Law<br><br><br>*Attorney for Plaintiff*<br><br>*/s/ Elizabeth Haungs*<br>Elizabeth Haungs<br>Hiller Comerford Injury & Disability Law<br>6000 North Bailey Avenue - Suite 1a<br>Amherst, NY 14226<br>(716) 564-3288<br>ehaungs@hillercomerford.com |

SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: September 12, 2025